

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2016

No. 04-16-00172-CV

Susan Lori **WIEDENFELD**,
Appellant

v.

Charles Alan **MARKGRAF**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-12374
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellant filed a motion requesting this court to compel the trial court to file Findings of Fact and Conclusions of Law.

"[A] party may request the court to state in writing its findings of fact and conclusions of law." TEX. R. CIV. P. 296. "Such a request shall be entitled 'Request for Findings of Fact and Conclusions of Law' and shall be filed within twenty days after judgment is signed." *Id.* If the trial court fails to file its findings of fact and conclusions of law within twenty days after a timely request is filed, the party that made the request "shall, within thirty days after filing the original request," file a 'Notice of Past Due Findings of Fact and Conclusions of Law'." TEX. R. CIV. P. 297.

The record before this court shows Appellant timely filed her first request on January 21, 2016. However, the record does not show Appellant filed the 'Notice of Past Due Findings of Fact and Conclusions of Law' as required by Rule 297.

Therefore, Appellant's motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2016.

Keith E. Hottle
Clerk of Court

